

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis Esgardo Hernandez<br><br>Defendant. | Case No. '23 MJ00216<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Section 841(a)(1)<br>Possession with Intent to Distribute a<br>Controlled Substance |
|---|---|

The undersigned Complainant, being duly sworn, states:

Count 1

On or about January 19, 2023, within the Southern District of California, defendant, Luis Esgardo HERNANDEZ did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Kyle van Gerven
Special Agent
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19 day of January, 2023.

HON. David D. Leshner
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Special Agent Kyle van Gerven, declare under penalty of perjury, the following is true and correct:

On January 19, 2023, an agent with the United States Border Patrol was performing the Agent's assigned duties in the primary inspection lanes at the San Clemente Border Patrol Station on Interstate 5 (I-5). The I-5 corridor is well known by law enforcement as a route to smuggle illicit contraband into the United States. Due to this, Border Patrol Agents conduct inspections along this corridor attempting to intercept narcotics, illegal aliens, as well as enforcing bulk cash smuggling laws as part of their daily duties.

On January 19, 2023, at approximately 12:28 a.m., a US Border Patrol Agent was performing his assigned duties in the primary inspection lanes of the San Clemente Patrol Checkpoint. The Agent observed a silver Saturn Outlook bearing temporary California paper plates CA-AF17P84, approach in lane four. The Agent motioned to the driver, later identified as HERNANDEZ, Luis Esgardo (HERNANDEZ), to pull over to the Agent's location for an immigration inspection.

The vehicle came to a stop and the Agent then identified himself as a Border Patrol Agent to HERNANDEZ. The Agent inquired as to HERNANDEZ's citizenship and where he was coming from. HERNANDEZ stated that he is a United States citizen and was travelling from Tijuana. The Agent had asked what time HERNANDEZ crossed the border and who the vehicle belongs to. HERNANDEZ sated that he crossed the border at approximately 11:30 p.m. and that the vehicle was purchased by him approximately 1 year ago. As the Agent was asking questions, the Agent noticed that HERNANDEZ was consistently avoiding eye contact. Due to the Agent's training and

experience, he is aware that it is common for drug smugglers to use temporary paper plates, which were present on this vehicle, in order to avoid law enforcement obtaining current and previous addresses. Due to the aforementioned reasons, the Agent referred the HERNANDEZ to the secondary inspection area for further investigation.

At approximately 12:30 am, a K-9 Border Patrol Agent observed HERNANDEZ approach. The K-9 Agent approached the passenger side of the vehicle and identified himself as a Border Patrol Agent. After the Agent asked HERNANDEZ what his citizenship was, HERNANDEZ's hands were shaking as he handed his license to the Agent. The K-9 Agent asked HERNANDEZ where he was coming from and where he was going to. HERNANDEZ replied that he was coming from Tijuana, Mexico and was heading to Los Angeles. HERNANDEZ explained he was visiting his parents and his sick child. HERNANDEZ then stated he had crossed into Mexico on Tuesday January 17 and quickly changed the date to January 16. The Agent observed HERNANDEZ avoid eye contact during the conversation. The Agent asked HERNANDEZ if he had any clothes or bags for the time he had spent in Mexico. HERNANDEZ stated that he wore the same clothes the entire time he was in Mexico.

The K-9 Agent asked HERNANDEZ if he could conduct a search of the vehicle and HERNANDEZ agreed. The K-9 Agent asked if there was anything illegal in the vehicle and HERNANDEZ stated he did not think there was. The Agent then asked HERNANDEZ if he could conduct a canine sniff of the vehicle and HERNANDEZ agreed. The Agent proceeded to explain to HERNANDEZ that his K-9 partner was trained to detect concealed humans, the odors of marijuana and its derivatives, cocaine and its derivatives, methamphetamine and its derivatives, heroin and its derivatives, and ecstasy and its derivatives. The K-9 Agent proceeded to ask in Spanish to conducted a canine sniff of the vehicle, HERNANDEZ agreed. HERNANDEZ also verbally consented to being responsible for everything inside of the vehicle after being asked.

While conducting the canine sniff, the canine alerted to the rear quarter panel, and the rear hatch area of the vehicle. Additionally, the canine alerted to the rear part of the interior of the vehicle. The K-9 Agent asked again if there was anything illegal in the vehicle and if he consented to a search of the vehicle, HERNANDEZ stated there was nothing illegal in the vehicle and agreed to a search. After the search of the interior of the vehicle, the K-9 Agent located several packages wrapped in cellophane. The Agent also located several additional packages in the rear interior quarter panel as well as inside the rear hatch. The packaging and concealment of these packages is consistent with common drug smuggling techniques and as a result, at approximately 12:34 a.m., Agents placed HERNANDEZ under arrest and charged him with violating Title 21, U.S.C., Section 841(a)(1), possession with intent to distribute methamphetamine.

The packages of methamphetamine weighed a total of approximately 37.719 kilograms of methamphetamine. The number of packages and their contents are as follows:

- Approximately 135 bundles wrapped in clear vacuum sealed bags which contained a white crystallized substance that presumptively tested positive for methamphetamine.

HERNANDEZ waived his *Miranda* rights and agreed to speak to Agents after his arrest. He explained that he was instructed to go to a supermarket parking lot in Tijuana and once there, he received a different vehicle and drove back to his residence in that same vehicle. HERNANDEZ then received a call to return to the supermarket parking lot, and drive the vehicle that stayed in the parking lot to Huntington Park in California. HERNANDEZ explained that he made no stops along his way and was to be paid $5,000. He was given half up front in Mexico and was to receive the other half after he arrived in California. HERNANDEZ also admitted to smuggling narcotics once previously for this same group.